U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

**08 C 1489**

In the Matter of                                Case Number:

TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.
                    Plaintiff,
        v.
GIOVENCO CONSTRUCTION, INC., a dissolved Illinois corporation
                    Defendants,

**JUDGE SHADUR**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

**FILED**
**MARCH 12, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> DONALD D. SCHWARTZ | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Donald D. Schwartz | |
| FIRM <br> ARNOLD AND KADJAN | |
| STREET ADDRESS <br> 19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP <br> CHICAGO, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03124459 | TELEPHONE NUMBER <br> (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |