## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1489　　　　　Assigned/Issued By: J. N.

Judge Name: SHADUR　　　　　Designated Magistrate Judge: MASON

---

### FEE INFORMATION

Amount Due:　[✓] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____
　　　　　　　[ ] $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350　　　　　　　　Receipt #: 2608734

Date Payment Rec'd: 3-12-08　　　Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons　　　　　　　　　　　　　[ ] Alias Summons
[ ] Third Party Summons　　　　　　　[ ] Lis Pendens
[ ] Non Wage Garnishment Summons　　 [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　　*(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets　　　[ ] Other
[ ] Writ _____
　　*(Type of Writ)*　　　　　　　　　*(Type of issuance)*

1　Original and 0　copies on 3-12-08　as to DEFENDANT
　　　　　　　　　　　　　*(Date)*