IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, <br><br>Plaintiffs, <br><br>v. <br><br>GIOVENCO CONSTRUCTION, INC., A dissolved Illinois corporation <br>Defendant. | No. 08 C 1489 <br><br>Judge Shadur <br><br>Magistrate Judge Mason |

## MOTION FOR ORDER OF DEFAULT AND AUDIT

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD and KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability in favor of Plaintiffs and against Defendant, GIOVENCO CONSTRUCTION, INC.

In support thereof, Plaintiffs state:

1. This case was filed on March 12, 2008.

2. Defendant was served with Summons and Complaint on March 22, 2008 as shown on the return of service previously filed.

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

**WHEREFORE**, Plaintiffs move this Court to:

1. Enter an Order of Default against Defendant.

2. Order Defendant to submit its records for an audit for the period April 26, 2005 through present.

3

                **TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.**

                By:    <u>s/ Donald D. Schwartz</u>
                         One of Its Attorneys

DONALD D. SCHWARTZ
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, <br><br> Plaintiffs, <br><br> v. <br><br> GIOVENCO CONSTRUCTION, INC., <br> A dissolved Illinois corporation <br> Defendant. | No. 08 C 1489 <br><br> Judge Shadur <br><br> Magistrate Judge Mason |

## ORDER

**THIS CAUSE** coming on to be heard on Motion of Plaintiffs for entry of Default against Defendant and for an Order requiring Defendant to turn over their books and records for audit; the Court finds as follows:

    A.    The Complaint was filed herein on March 12, 2008.

    B.    Process has been served upon Defendant, GIOVENCO CONSTRUCTION, INC.

    C.    Defendant has filed no answer or other pleadings within the time provided by law.

**IT IS HEREBY ORDERED:**

    1.    Defendant, GIOVENCO CONSTRUCTION, INC. is hereby defaulted and Judgment as to liability is entered against him and in favor of Plaintiffs.

    2.    Defendant is ordered to permit, within 30 days, an audit of his books and records of Plaintiffs' auditor. The audit will cover the period from April 26, 2005 through the present.

    3.    Defendant is ordered to produce the following records for examination by Plaintiffs' auditor:

    A.    All cash disbursement journals;

B.    All individual payroll records;

C.    All time records which are the basis of the above-mentioned individual payroll records;

D.    All State unemployment tax returns as requested by the Trustees;

E.    All records showing Defendants' employees nature and classification of work, membership of those employees in, or contributions by Defendants on their behalf to, other trades, crafts, or fringe benefit funds.

DATED:_____

ENTER:_____
**HONORABLE JUDGE SHADUR**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415