IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502,<br><br>    Plaintiffs,<br><br>v.<br><br>GIOVENCO CONSTRUCTION, INC.,<br>A dissolved Illinois corporation<br>    Defendant. | No. 08 C 1489<br><br>Judge Shadur<br><br>Magistrate Judge Mason |

## NOTICE OF MOTION

TO: GIOVENCO CONSTRUCTION, INC.
   c/o its President, Claire Giovenco
   3N768 Baert Lane
   St. Charles, IL 60175

**PLEASE TAKE NOTICE** that on **May 1, 2008**, at **9:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Shadur, Room 2303** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

               TRUSTEES OF THE CEMENT
               MASONS PENSION FUND, LOCAL
               502, et. al.

               s/ Donald D. Schwartz
               One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Audit with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 17th day of April 2008, at or before the hour of 5:00 p.m.

GIOVENCO CONSTRUCTION, INC.
c/o its President, Claire Giovenco
3N768 Baert Lane
St. Charles, IL 60175

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: April 17th, 2008