Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1489 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Cement Masons Pension Fund vs. Giovenco Construction, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Status hearing continued to July 1, 2008 at 9:00 a.m. Plaintiff's motion for entry of default against and for an Order requiring Defendant to turn over their books for an audit is granted. (8-1) Enter Order.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

00:5

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|