IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) | No. 08 C 1489 |
| Plaintiffs, | ) ) | Judge Shadur |
| v. | ) ) | Magistrate Judge Mason |
| GIOVENCO CONSTRUCTION, INC., A dissolved Illinois corporation | ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR RULE TO SHOW CAUSE**
**FOR FAILURE TO ABIDE BY COURT ORDER**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, and ARNOLD AND KADJAN, move this Court to enter a Rule To Show Cause against GIOVENCO CONSTRUCTION, INC., an Illinois corporation. In support of this Motion, the Plaintiffs state as follows:

1. On April 30, 2008, this Court entered an order of default against the Defendant and an order compelling the production of various records.

2. Defendant has not produced required records per the court Order.

3. Defendant, GIOVENCO CONSTRUCTION, INC. has refused to tender records for the audit.

WHEREFORE, Plaintiffs pray that this court enter an Order as follows:

A. A Rule to Show Cause is entered against Claire Giovenco of GIOVENCO CONSTRUCTION, INC., who is commanded to appear before this Court to show cause,

if any he has, for failing to obey this court's order dated April 30, 2008, which required

GIOVENCO CONSTRUCTION, INC. to produce various records.

                Respectfully submitted,

                **TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.**

                <u>s/ Donald D. Schwartz</u>
                One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd.
Chicago, IL 60601
(312) 236-0415

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) | No. 08 C 1489 |
| Plaintiffs, | ) ) | Judge Shadur |
| v. | ) ) | Magistrate Judge Mason |
| GIOVENCO CONSTRUCTION, INC., A dissolved Illinois corporation | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT**:

1.  A Rule to Show Cause is hereby entered and made returnable on _____, 2008 for Claire Giovenco for her failure to produce records per Court order dated April 30, 2008.

2.  Claire Giovenco is ordered to appear in court on _____ at 9:15 a.m. Room 2303 and show cause, if any they have for failure to abide by the court's order of April 30, 2008.

Dated:_____

Enter: _____
**HONORABLE JUDGE SHADUR**