

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1489 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Cement Masons Pension Fund vs. Giovenco Construction, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for a rule to show cause is granted. (14-1) Enter Order. Claire Giovenco is ordered to appear in court on August 22, 2008 at 9:15 a.m. to show cause, if any, for failure to abide by this Court's order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|

FILED JUL 32 2008 AM 11:45 U.S. DISTRICT COURT