

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | No. 08 C 1489 |
| Plaintiffs, | Judge Shadur |
| v. | Magistrate Judge Mason |
| GIOVENCO CONSTRUCTION, INC., A dissolved Illinois corporation | |
| Defendant. | |

## ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT:**

1. A Rule to Show Cause is hereby entered and made returnable on ___Aug. 22___, 2008 for Claire Giovenco for her failure to produce records per Court order dated April 30, 2008.

2. Claire Giovenco is ordered to appear in court on ___Aug. 22___ at 9:15 a.m. Room 2303 and show cause, if any they have for failure to abide by the court's order of April 30, 2008.

Dated: ___Aug. 1, 2008___

Enter: _____
**HONORABLE JUDGE SHADUR**