Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1489 | **DATE** | 8/22/2008 |
| **CASE TITLE** | Cement Masons vs. Giovenco Construction, Inc. | | |

**DOCKET ENTRY TEXT**

A Rule to Show Cause is set for September 11, 2008 at 9:15 a.m. for Claire Giovenco to show cause for failure to abide by the court's April 30, 2008 order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|