IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) ) | No. 08 C 1489 |
| Plaintiffs, | ) ) | Judge Shadur |
| v. | ) ) | Magistrate Judge Mason |
| GIOVENCO CONSTRUCTION, INC., A dissolved Illinois corporation | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT:**

1. A Rule to Show Cause is hereby entered and made returnable on _Sept 11_, 2008 for Claire Giovenco for her failure to produce records per Court order dated April 30, 2008.

2. Claire Giovenco is ordered to appear in court on _Sept 11, 2008_ at 9:15 a.m. Room 2303 and show cause, if any they have for failure to abide by the court's order of April 30, 2008.

Dated: _Aug. 22, 2008_

Enter: _____
**HONORABLE JUDGE SHADUR**